# ELECTRONIC RECORD

079-15
080-15
081-15
082-15

COA #  02-13-00247-CR          OFFENSE:  29.03

STYLE:  Charles Camp v. The State of Texas  COUNTY:  Tarrant

COA DISPOSITION:    AFFIRMED          TRIAL COURT:  297th District Court

DATE: 12/11/14          Publish: NO  TC CASE #:    1324667R

## IN THE COURT OF CRIMINAL APPEALS

079-15
080-15
081-15
082-15

STYLE:    Charles Camp v. The State of Texas      CCA #: _____

_____PRO SE_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____REFUSED_____      JUDGE: _____

DATE: 04/22/2015      SIGNED: _____      PC: _____

JUDGE: _Per Curiam_      PUBLISH: _____      DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**